UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

08 CV 7338

-------------------------------------------- :

In the Matter of the Arbitration          :    Docket No. _____
Between:                                    :
                                            :
GLOBAL INTERNATIONAL REINSURANCE           :
COMPANY, LTD.,                              :
                                            :
                        Petitioner,         :
                                            :
            -against-                       :
                                            :
TIG INSURANCE COMPANY,                     :
                                            :
                        Respondent.         :
-------------------------------------------- :

ORDER GRANTING MOTION OF PETITIONER GLOBAL INTERNATIONAL
REINSURANCE COMPANY, LTD. TO FILE CERTAIN DOCUMENTS UNDER SEAL

This matter having come before the undersigned Judge on the

motion of Petitioner GLOBAL International Reinsurance Company,

Ltd., formerly known as Gerling Global International Reinsurance

Company, Ltd. ("Global") to file certain documents under seal;

and good cause having been shown; now therefore,

IT IS HEREBY ORDERED that Global's motion is GRANTED; and

IT IS HEREBY FURTHER ORDERED that the following documents

UNTIL FURTHER ORDER

shall be filed under seal and accessible only by the Court and

the parties: (i) Global's Petition to Vacate Arbitration Award;

(ii) Global's Memorandum of Law in Support of Petition to Vacate

Arbitration Award; (iii) the Declaration of Christopher P. Anton

in Support of Global's Petition to Vacate Arbitration Award and

all Exhibits thereto; (iv) Global's Memorandum of Law in Support

of Motion to File Certain Documents under Seal; and (v) the Declaration of Christopher P. Anton in Support of Global's Motion to File Certain Documents under Seal; and

IT IS HEREBY FURTHER ORDERED that on or before _____, 2008, respondent TIG Insurance Company ("TIG") shall file with the Court and serve upon counsel for Global a designation of those documents or portions of documents, if any, that TIG asserts should remain under seal, along with the factual and legal support for TIG's position with respect to such documents.

Dated:   August 19, 2008

_____

United States District Judge

Part I

687406.W