```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
```

|  |  |
|---|---|
| In the Matter of the Arbitration Between:<br><br>GLOBAL INTERNATIONAL REINSURANCE COMPANY, LTD., formerly known as GERLING GLOBAL INTERNATIONAL REINSURANCE COMPANY, LTD.,<br><br>                    Petitioner,<br><br>                    -against-<br><br>TIG INSURANCE COMPANY,<br><br>                    Respondent. | Docket No.<br>08-civ-7338 (JSR)<br><br>NOTICE OF PETITION<br>TO VACATE<br><u>ARBITRATION AWARD</u> |

      PLEASE TAKE NOTICE, that upon the accompanying Petition of GLOBAL International Reinsurance Company, Ltd. ("Global"), the Declaration of Christopher P. Anton dated August 13, 2008, and Petitioner's Memorandum of Law dated August 15, 2008, the undersigned will petition this Court, located at the United States Courthouse, 500 Pearl Street, New York, New York, on _____, 2008 at _____ a.m/p.m., or as soon thereafter as counsel can be heard, for an Order pursuant to the provisions of the Federal Arbitration Act, Title 9, United States Code, Sections 1 <u>et seq.</u>, vacating in part an arbitration award dated May 21, 2008, as clarified on June 17, 2008, in an arbitration proceeding entitled, "In the Matter of the Arbitration between GLOBAL International Reinsurance Company,

Ltd., formerly known as Gerling Global International Reinsurance Company, Ltd., and TIG Insurance Company," and granting Petitioner such other further relief as the Court may deem just and proper.

Pursuant to the Local Civil Rules of this Court, responsive papers, if any, must be served on the undersigned within ten business days of the service hereof.

Dated:   August 18, 2008
         Short Hills, New Jersey

                BUDD LARNER, P.C.
                140 Broadway, 46th Floor
                New York, New York 10005
                (212) 946-2798

                - and -

                150 John F. Kennedy Parkway
                Short Hills, New Jersey 07078
                (973) 379-4800

                Attorneys for Petitioner GLOBAL
                  International Reinsurance
                  Company, Ltd.

BY:  /s/   Christopher Paul Anton
      Joseph J. Schiavone (JS 7303)
      Jeffrey S. Leonard (JL 5931)
      Christopher P. Anton (CA 1732)

686726w